**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Ortencia SEGURA–SEGURA, Defendant–Appellee.**

**No. 12–10600.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2013.*

Filed Sept. 24, 2013.

Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellant.

Richard Molezzo, Esquire, Hardy Law Group, Reno, NV, for Defendant–Appellee.

Before: ALARCÓN and BERZON, Circuit Judges, and ZOUHARY, District Judge.**

**MEMORANDUM ***

The United States appeals the dismissal of Ortencia Segura–Segura's indictment on the ground of selective prosecution. Such a dismissal can only be sustained by "clear

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

evidence" that "(1) other similarly situated individuals have not been prosecuted and (2) [the defendant's] prosecution was based on an impermissible motive." *United States v. Sutcliffe*, 505 F.3d 944, 954 (9th Cir.2007) (internal quotation marks omitted). Here, *no* evidence supports selective prosecution, let alone "clear evidence." The dismissal is thus **REVERSED** and the case **REMANDED** to the district court to reinstate the indictment.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.